DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. BRYANT

No. 404P82.

Case below: 57 N.C. App. 600.

Petition by defendant for discretionary review under G.S. 7A-31 denied 25 August 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 25 August 1982.

STATE v. GOOCH

No. 484PA82.

Case below: 58 N.C. App. 582.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 25 August 1982.

STATE v. GRANT

No. 395P82.

Case below: 57 N.C. App. 589.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 August 1982.

STATE v. GRIFFIN

No. 442P82.

Case below: 57 N.C. App. 684.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 25 August 1982.

STATE v. GRIFFIN

No. 443P82.

Case below: 57 N.C. App. 709.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 25 August 1982.